IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDRICK LEN HALE                                                        PETITIONER

v.                              Case No. 5:07V00154  JFF

DALE REED, Warden,
Ouachita River Unit                                                      RESPONDENT

## **JUDGMENT**

IT is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 17th day of October, 2007.

                                                  /s/ John F. Forster, Jr.
                                    UNITED STATES MAGISTRATE JUDGE